[No. 7981–0–II. Division Two. November 12, 1986.]

GRANT E. VEILE, *Appellant,* v. NELSON INTERNATIONAL
LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 83–2–01893–1, Nile E. Aubrey, J., entered July 6, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.